Matthew D. Resnik, State Bar No. 182562
Email: Matt@rhmfirm.com
**RHM LAW LLP**
17609 Ventura Blvd. Suite 314
Encino, California 91316
Telephone: (818) 285-0100
Facsimile: (818) 855-7013

Attorneys for Plaintiffs PATRIZIO MOI, MOI PRODUCTIONS, INC.; and THE RECORD PLANT, INC.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In Re<br><br>PHILIP M. LAWRENCE, II,<br><br>       Debtor(s), | **Case No. 1:23-bk-11082-VK**<br><br>**Adv. No. 1:23-ap-01053-VK**<br><br>**Chapter 7** |
| PATRIZIO MOI, an individual; MOI PRODUCTIONS, INC., a Delaware corporation; and THE RECORD PLANT, INC., a Delaware corporation,<br><br>       Plaintiffs,<br><br>vs.<br><br>PHILIP M. LAWRENCE, II, an individual,<br><br>       Defendants | **PROOF OF SERVICE: (1) SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004−1] [DKT NO. 2]; (2) COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT [11 U.S.C. §523(a)(2)(A), (4), and (6)] [DKT NO. 1]; (3) STATUS CONFERENCE INSTRUCTIONS [DKT NO. 2-1]**<br><br>**Status Conference**<br>Date: February 21, 2024<br>Time: 1:30pm<br>Courtroom: 301<br>21041 Burbank Blvd.<br>Woodland Hills, CA 91367 |

///

///

///

///

1

PROOF OF SERVICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**17609 Ventura Blvd., Suite 314, Encino, California 91316**

A true and correct copy of the foregoing document entitled (*specify*): **COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT [11 U.S.C. §523(a)(2)(A), (4), and (6)]; SUMMON AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004−1]; STATUS CONFERENCE INSTRUCTIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __**12/14/2023**__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/14/2023 | Rebeca Benitez | /s/ Rebeca Benitez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL [CONTINUED]**:

Hon. Victoria S. Kaufman
U.S. Bankruptcy Court
Central District – S.F.V. Division
21041 Burbank Blvd., Suite 354
Woodland Hills, CA 91367

Philip M. Lawrence, II
4965 Calvin Ave.
Tarzana, CA 91356